*JumpSport, Inc. v. Hedstrom Corporation, et al.*
*Case No. 04-0199 PJH*

# Exhibit A

**To Defendant Hedstrom Corporation's**
**Reply Memorandum in Support of Its Motion for Partial Summary**
**Judgment of Non-Infringement**

JumpSport admits substantially all of the Undisputed Facts that establish that claim preclusion applies as a matter of law.

| Hedstrom's Undisputed Facts | JumpSport Admissions |
| --- | --- |
| 1 | p. 1:28- p. 2:4 |
| 2 | Not disputed by JumpSport |
| 3 | p. 2:4-9 |
| 4 | Not disputed by JumpSport |
| 5 | p. 3:10-11 |
| 6 | p. 2:12-14 |
| 7 | Not disputed by JumpSport |
| 8 | p. 2:10-15 |
| 9 | p. 3:11-15 |
| 10 | p. 2:15-19 |
| 11 | Not disputed by JumpSport |
| 12 | Not disputed by JumpSport |
| 13 | p. 2:15-19 |
| 14 | p. 3:22- p. 4:3 |
| 15 | p. 4:7-14` |
| 16 | p. 4:8-9 |
| 17 | p.2:15-19 |
| 18 | p. 4:15-20 |
| 19, 20, and 21 | p. 4:20-24 |
| 22 | Not disputed by JumpSport |
| 23 | p. 4:27 – p. 5:1 |
| 24 | p. 5:2-3 |
| 25-27 | p. 5:3-6 |
| 28 | Not disputed by JumpSport |
| 29 | p. 5:8-10 |
| 30 | p. 6:3 |
| 31 | Not disputed by JumpSport |
| 32 | Not disputed by JumpSport |
| 33 | Not disputed by JumpSport |
| 34 | p. 6:9-11 |
| 35 | p. 7:4-6 |
| 36 | p. 7:6-7 |
| 37 | p. 6:15-22 |
| 38 | p. 7:20-22 |
| 39 | Not disputed by JumpSport |
|  |  |