ORIGINAL

1  TOWNSEND AND TOWNSEND AND CREW LLP
   PETER H. GOLDSMITH (State Bar No. 91294)
2  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
3  Telephone: 415.576.0200
   Facsimile: 415.576.0300
4
   Attorneys for Plaintiff and Counterdefendant
5  JUMPSPORT, INC.

   RECEIVED
   06 MAY 18  AM 11: 39
   DISTRICT COURT
   CLERK, U.S. DISTRICT COURT
   NORTHERN DIST. OF CALIFORNIA

   E-Filing

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  JUMPSPORT, INC., a California corporation,     Case No.    C 04-0199 PJH

13              Plaintiff,

14        v.                                       **STIPULATION TO DISMISS ACTION
                                                   FOR DECLARATORY RELIEF** *AND ORDER*
15  HEDSTROM CORPORATION, a Delaware
    corporation; KMART CORPORATION, a
16  Michigan corporation; TARGET
    CORPORATION, a Minnesota corporation;
17  TOYS "R" US-DELAWARE, INC., a Delaware
    corporation; and DOES 1 through 100,
18
                Defendant.
19

20

21

22

23

24

25

26

27

28

1    Pursuant to their Settlement Agreement, effective as of July 25, 2005, Plaintiff Hedstrom

2   Corporation (Hedstrom) and Defendant JumpSport, Inc. (JumpSport) jointly move to dismiss with

3   prejudice all claims for declaratory relief filed by or on behalf of Hedstrom against JumpSport.

4

5   DATED: May 1\_, 2006                    Respectfully submitted,

6                                           TOWNSEND AND TOWNSEND AND CREW LLP

7

8                                           By:_____
                                                 Peter H. Goldsmith
9
                                            Attorneys for Plaintiff and Counterdefendant
10                                          JumpSport, Inc.

11

12

13  DATED: May 11, 2006                     Respectfully submitted,

14                                          CESARI AND McKENNA LLP

15

16                                          By:_____
                                                 Kevin Gannon
17
                                            Attorneys for Defendant and Counterplaintiff
18                                          Hedstrom Corporation

19  60769532 v1

20

21

22

23

24

25

26

27

28

**ORIGINAL**



1   TOWNSEND AND TOWNSEND AND CREW LLP
    PETER H. GOLDSMITH (State Bar No. 91294)
2   Two Embarcadero Center, 8ᵗʰ Floor
    San Francisco, California 94111
3   Telephone: 415.576.0200
    Facsimile: 415.576.0300

4

    Attorneys for Plaintiff and Counterdefendant
5   JUMPSPORT, INC.

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  JUMPSPORT, INC., a California corporation,        Case No.   C 04-0199 PJH

13              Plaintiff,

14              v.                                    **[PROPOSED] ORDER GRANTING
                                                     PLAINTIFF JUMPSPORT, INC.'S AND**
15  HEDSTROM CORPORATION, a Delaware                 **DEFENDANT HEDSTROM**
    corporation; KMART CORPORATION, a                **CORPORATION'S JOINT MOTION TO**
16  Michigan corporation; TARGET                     **DISMISS ACTION FOR DECLARATORY**
    CORPORATION, a Minnesota corporation;            **RELIEF**
17  TOYS "R" US-DELAWARE, INC., a Delaware
    corporation; and DOES 1 through 100,
18
                Defendant.
19

20

21

22

23

24

25

26

27

28

1    The parties' stipulated motion to dismiss Hedstrom's claims for declaratory relief, pursuant to

2    their July 25, 2005, Settlement Agreement, is **GRANTED**.

3    All claims for declaratory relief filed by or on behalf of Hedstrom against JumpSport are

4    **DISMISSED** with prejudice.

5

6    Dated this _____ day of May, 2006.

7                        6/2/06

8                                              United States District Court Judge
                                                                           _____
9    60776333 v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I, Linda Hegenbarth, am a citizen of the United States and an employee in the City and County
of San Francisco, State of California. I am over the age of eighteen and not a party to the within
action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, CA 94111.

3

4

On May 17, 2006, I served the following document(s): **[PROPOSED] ORDER GRANTING
PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANT HEDSTROM CORPORATION'S
JOINT MOTION TO DISMISS ACTION FOR DECLARATORY RELIEF** on the parties in this
action

5

6

7

[X]   By U.S. Mail: I am "readily familiar" with the firm's practice of collection and processing of
correspondence for mailing. Under that practice it would be deposited with the U.S. Postal
Service on that same day with postage thereon fully prepaid at San Francisco, California, in the
ordinary course of business. I am aware that on motion of the party served, service is
presumed invalid if postal cancellation date or postage meter date is more than one day after
the date of deposit for mailing in affidavit. Fed. Rule Civ. Proc. 5(b).

8

9

10

[ ]   By Federal Express: I am "readily familiar" with the firm's practice of collection and
processing of correspondence for Federal Express. Under that practice it would be deposited
with Federal Express on that same day with postage thereon fully prepaid at San Francisco,
California, in the ordinary course of business. CCP §1013(c).

11

12

13

[ ]   By Personal Service by Messenger: I caused such documents to be placed in an envelope and
given to an employee of First Legal Support Services with instructions to hand deliver such
envelope to the below-referenced address on May 17, 2006. Fed. Rule Civ. Proc. 5(b).

14

15

[ ]   By Facsimile: On May 17, 2006, the document was transmitted by facsimile transmission from
facsimile machine number (415) 576-0300 to the following persons at the following fax
numbers:

16

17

Thomas O'Konski
Kevin Gannon
Cesari & McKenna LLP
88 Black Falcon Avenue
Boston, MA 02210

18

19

20

*Tel: 617.951.2500*
*Fax: 617.951.3927*

21

22

I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.

23

Executed on May 17, 2006, at San Francisco, California.

24

25

26
                                                            Linda Hegenbarth

27

28