**ORIGINAL**

TOWNSEND AND TOWNSEND AND CREW LLP
PETER H. GOLDSMITH (State Bar No. 91294)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff and Counterdefendant
JUMPSPORT, INC.

FILED / RECEIVED
06 MAY 18 / MAY 18 AM 11: 39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUMPSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEDSTROM CORPORATION, a Delaware corporation; KMART CORPORATION, a Michigan corporation; TARGET CORPORATION, a Minnesota corporation; TOYS "R" US-DELAWARE, INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | Case No.   C 04-0199 PJH<br><br>**PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANTS TOYS "R" US-DELAWARE, INC.'S AND HEDSTROM CORPORATION'S STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS** AND ORDER<br><br>Honorable Phyllis J. Hamilton |

1     Pursuant to their Settlement Agreement, effective as of July 25, 2005, Plaintiff JumpSport, Inc.
2 (JumpSport), Defendant Toys "R" Us-Delaware, Inc., (Toys "R" Us), and Defendant Hedstrom
3 Corporation (Hedstrom) jointly move to dismiss with prejudice all claims by JumpSport against
4 Hedstrom and Toys "R" Us, and all counterclaims by or on behalf of Hedstrom and Toys "R" Us
5 against JumpSport, to the extent and only to the extent that such claims and counterclaims relate to
6 and are based upon any trampoline enclosure products that were sold by Hedstrom to Toys "R" Us.

7
8 DATED: April [May] 9, 2006     Respectfully submitted,
9
10     By: _____
11           Peter H. Goldsmith
12     TOWNSEND AND TOWNSEND AND CREW LLP
    Attorneys for Plaintiff and Counterdefendant
13     JUMPSPORT, INC.

14 DATED: April [May] 4, 2006     Respectfully submitted,
15
16
17     By: _____
          Kevin Gannon
18     CESARI AND MCKENNA LLP
    Attorneys for Defendant and Counterplaintiff
19     Hedstrom Corporation

20
21 DATED: April [May] 3, 2006     Respectfully submitted,
22
23     By: _____
24           Mark Fowler
          Michael G. Schwartz
25
    DLA PIPER RUDNICK GRAY CARY US LLP
26     Attorneys for Defendant and Counterplaintiff
    Toys "R" Us-Delaware, Inc.
27
28

**ORIGINAL**

1  TOWNSEND AND TOWNSEND AND CREW LLP
   PETER H. GOLDSMITH (State Bar No. 91294)
2  Two Embarcadero Center, Eighth Floor
   San Francisco, California 94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4
   Attorneys for Plaintiff and Counterdefendant
5  JUMPSPORT, INC.

RECEIVED
06 MAY 18 AM 11: 39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUMPSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEDSTROM CORPORATION, a Delaware corporation; KMART CORPORATION, a Michigan corporation; TARGET CORPORATION, a Minnesota corporation; TOYS "R" US-DELAWARE, INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | Case No.   C 04-0199 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANTS TOYS "R" US-DELAWARE, INC.'S AND HEDSTROM CORPORATION'S STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS<br><br>Honorable Phyllis J. Hamilton |

1  The parties' stipulated motion to dismiss certain claims and counterclaims, pursuant to their
2  July 25, 2005, Settlement Agreement, is **GRANTED.**
3  The following claims and counterclaims are **DISMISSED** with prejudice:
4  All claims by JumpSport against Hedstrom and toys "R" Us, and all counterclaims by or on
5  behalf of Hedstrom and Toys "R" Us against JumpSport, to the extent and only to the extent that such
6  claims and counterclaims relate to and are based upon any trampoline enclosure products that were
7  sold by Hedstrom to Toys "R" Us.

Dated this ____ day of May, 2006.

6/2/06

_____
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANTS TOYS "R" US-DELAWARE, INC.'S
AND HEDSTROM CORPORATION'S STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS
Case No. C 04-0199 PJH                                                                                                   2

## PROOF OF SERVICE
*JumpSport, Inc. v. Jumpking, Inc., et al.*
**Case No. C 01-4986 PJH**

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.

2. On May 17, 2006, I served a true and correct copy of the document(s) described as follows on the following counsel for interested parties in this action:

**[PROPOSED] ORDER GRANTING PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANTS TOYS "R" US-DELAWARE, INC.'S AND HEDSTROM CORPORATION'S STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS**

| | |
|---|---|
| Larry R. Laycock<br>Charles J. Veverka<br>Workman Nydegger<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, UT 84111<br>Tel: 801-533-9800<br>Fax: 801-328-1707<br><br>*Counsel for Defendants Jumpking, Inc.; ICON Health & Fitness, Inc.; Sam's West, Inc. dba Sam's Club; Sam's East, Inc. dba Sam's Club; Wal-Mart Stores, Inc.; and Global Sports, Inc.* | Jamie Isbester<br>Isbester & Associates<br>3169 College Avenue<br>Berkeley, CA 94705<br>Tel: 510-655-3014<br>Fax: 510-655-3614<br><br>*Counsel for Plaintiff JumpSport, Inc.* |

Thomas O'Konski
Kevin Gannon
Cesari & McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210-2414

Tel: 617-951-2500
Fax: 617-951-3927

*Counsel for Defendants Hedstrom Corporation; Amway Corporation; Hammacher Schlemmer & Co., Inc.; Sam's West, Inc. dba Sam's Club, Sam's East, Inc. dba Sam's Club; Wal-Mart Stores, Inc.; and Global Sports, Inc.*

1    [ ]    [BY FACSIMILE] Pursuant to Northern District of California L.R. 5-5(a)(1), I caused the foregoing document(s) to be transmitted by facsimile to the office(s) of the addressee(s) indicated above at the facsimile number(s) listed for each addressee served. Upon completion of said facsimile transmission, the transmitting machine issued a transmission report showing that the transmission was complete and without error.

4    [ ]    [BY OVERNIGHT DELIVERY] I caused delivery of the document(s) listed above to be effected by overnight mail, by placing true and correct copies in separate envelopes for each addressee shown above, with the name and address of the person served shown on the envelope, and by sealing the envelope and placing it for collection. Delivery fees were paid or provided for in accordance with the ordinary business practices of Townsend and Townsend and Crew.

7    [X]    [BY US MAIL] I caused the foregoing document(s) to be enclosed in a sealed envelope, with first class postage fully paid, for delivery as indicated herein. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing and know that, in the ordinary course of Townsend and Townsend and Crew's business practice, the document(s) described above would be deposited with the United States Postal Service on that same day at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed to be invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing set forth in this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 17, 2006 at San Francisco, California.

*[signature]*
Linda Hegenbarth

60776295 v1