**ORIGINAL**

1  TOWNSEND AND TOWNSEND AND CREW LLP
   PETER H. GOLDSMITH (State Bar No. 91294)
2  Two Embarcadero Center, Eighth Floor
   San Francisco, California 94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4
   Attorneys for Plaintiff and Counterdefendant
5  JUMPSPORT, INC.

E-Filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUMPSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUMPKING, INC., a Utah corporation, et al.,<br><br>Defendants. | Case No. C 01-4986 PJH<br><br>**PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANTS WAL-MART STORES, INC.'S AND HEDSTROM CORPORATION'S STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS** AND ORDER<br><br>Honorable Phyllis J. Hamilton |
| AND RELATED COUNTERCLAIMS. | |
| JUMPSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEDSTROM CORPORATION, a Delaware corporation; KMART CORPORATION, a Michigan corporation; TARGET CORPORATION, a Minnesota corporation; TOYS "R" US-DELAWARE, INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. C 04-0199 PJH |

1  Pursuant to their Settlement Agreement, effective as of July 25, 2005, Plaintiff JumpSport, Inc.
2  (JumpSport), Defendant Wal-Mart Stores, Inc. (Wal-Mart), and Defendant Hedstrom Corporation
3  (Hedstrom) jointly move to dismiss with prejudice all claims by JumpSport against Hedstrom and
4  Wal-Mart, and all counterclaims by or on behalf of Hedstrom and Wal-Mart against JumpSport, to the
5  extent and only to the extent that such claims and counterclaims relate to and are based upon any
6  trampoline enclosure products that were sold by Hedstrom to Wal-Mart.

8  DATED: ~~April~~ May 15, 2006        Respectfully submitted,

10        By: _____
              Peter H. Goldsmith

12        TOWNSEND AND TOWNSEND AND CREW LLP
          Attorneys for Plaintiff and Counterdefendant
          JumpSport, Inc.

15  DATED: ~~April~~ May 8, 2006 BG        Respectfully submitted,

17        By: _____
              Barry Golob

18        DUANE MORRIS LLP
          Attorneys for Defendant
19        Wal-Mart Stores, Inc.

20  DATED: ~~April~~ May 10 KG, 2006      Respectfully submitted,

23        By: _____
              Kevin Gannon

24        CESARI AND McKENNA LLP
          Attorneys for Defendant and Counterplaintiff
25        Hedstrom Corporation

PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANTS WAL-MART STORES, INC.'S AND HEDSTROM
CORPORATION'S STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS

2

**ORIGINAL**

1  TOWNSEND AND TOWNSEND AND CREW, LLP
   PETER H. GOLDSMITH (State Bar No. 91294)
2  Two Embarcadero Center, Eighth Floor
   San Francisco, California 94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4
   Attorneys for Plaintiff and Counterdefendant
5  JUMPSPORT, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JUMPSPORT, INC., a California corporation, | Case No. C 01-4986 PJH |
| 13             Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANTS WAL-MART STORES, INC.'S AND HEDSTROM CORPORATION'S STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS |
| 14             v. | |
| 15  JUMPKING, INC., a Utah corporation, et al., | |
| 16             Defendants. | |
| 17 | |
| 18 | Honorable Phyllis J. Hamilton |
|    AND RELATED COUNTERCLAIMS. | |
| 19 | |
| 20  JUMPSPORT, INC., a California corporation, | Case No. C 04-0199 PJH |
| 21             Plaintiff, | |
| 22             v. | |
| 23  HEDSTROM CORPORATION, a Delaware corporation; KMART CORPORATION, a Michigan corporation; TARGET CORPORATION, a Minnesota corporation; TOYS "R" US-DELAWARE, INC., a Delaware corporation; and DOES 1 through 100, | |
| 24 | |
| 25 | |
| 26 | |
| 27             Defendants. | |

28

[PROPOSED] ORDER GRANTING PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANTS WAL-MART STORES, INC.'S
AND HEDSTROM CORPORATION'S STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS
Case Nos. C 01-4986 PJH, C 04-0199 PJH

1     The parties' stipulated motion to dismiss certain claims and counterclaims, pursuant to their
2 July 25, 2005, Settlement Agreement, is **GRANTED**.   06 MAY 18  AM 11: 40
3     The following claims and counterclaims are **DISMISSED** with prejudice:
4     All claims by JumpSport against Hedstrom and Wal-Mart, and all counterclaims by or on
5 behalf of Hedstrom and Wal-Mart against JumpSport, to the extent and only to the extent that such
6 claims and counterclaims relate to and are based upon any trampoline enclosure products that were
7 sold by Hedstrom to Wal-Mart.

9 Dated this ____ day of May, 2006.

10     6/2/06

11                                United States District Court Judge

# PROOF OF SERVICE
*JumpSport, Inc. v. Jumpking, Inc., et al.*
Case No. C 01-4986 PJH

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.

2. On May 17, 2006, I served a true and correct copy of the document(s) described as follows on the following counsel for interested parties in this action:

**[PROPOSED] ORDER GRANTING PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANTS WAL-MART STORES, INC.'S AND HEDSTROM CORPORATION'S STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS**

Larry R. Laycock
Charles J. Veverka
Workman Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111

Tel: 801-533-9800
Fax: 801-328-1707

*Counsel for Defendants Jumpking, Inc.; ICON Health & Fitness, Inc.; Sam's West, Inc. dba Sam's Club; Sam's East, Inc. dba Sam's Club; Wal-Mart Stores, Inc.; and Global Sports, Inc.*

Thomas O'Konski
Kevin Gannon
Cesari & McKenna, LLP
88 Black Falcon Avenue
Boston, MA  02210-2414

Tel: 617-951-2500
Fax: 617-951-3927

*Counsel for Defendants Hedstrom Corporation; Amway Corporation; Hammacher Schlemmer & Co., Inc.; Sam's West, Inc. dba Sam's Club, Sam's East, Inc. dba Sam's Club; Wal-Mart Stores, Inc.; and Global Sports, Inc.*

Jamie Isbester
Isbester & Associates
3169 College Avenue
Berkeley, CA  94705

Tel: 510-655-3014
Fax: 510-655-3614

*Counsel for Plaintiff JumpSport, Inc.*

1  [ ]  [BY FACSIMILE] Pursuant to Northern District of California L.R. 5-5(a)(1), I caused the foregoing document(s) to be transmitted by facsimile to the office(s) of the addressee(s) indicated above at the facsimile number(s) listed for each addressee served. Upon completion of said facsimile transmission, the transmitting machine issued a transmission report showing that the transmission was complete and without error.

[ ]  [BY OVERNIGHT DELIVERY] I caused delivery of the document(s) listed above to be effected by overnight mail, by placing true and correct copies in separate envelopes for each addressee shown above, with the name and address of the person served shown on the envelope, and by sealing the envelope and placing it for collection. Delivery fees were paid or provided for in accordance with the ordinary business practices of Townsend and Townsend and Crew.

[X]  [BY US MAIL] I caused the foregoing document(s) to be enclosed in a sealed envelope, with first class postage fully paid, for delivery as indicated herein. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing and know that, in the ordinary course of Townsend and Townsend and Crew 's business practice, the document(s) described above would be deposited with the United States Postal Service on that same day at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed to be invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing set forth in this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 17, 2006 at San Francisco, California.

_____
Linda Hegenbarth

60776366 v1